IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GAIL SCOTT,

    Plaintiff,

vs.      No. 1-04-1298-T/An

THE DRESS BARN, INC.,

    Defendant.

## [~~PROPOSED~~] RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)): JUNE 10, 2005.**
(14 days after the scheduling conference)

**JOINING PARTIES:**

    For Plaintiff:    JULY 26, 2005 (two months after scheduling conference)
    For Defendant:    AUGUST 27, 2005 (three months after scheduling conference)

**AMENDED PLEADINGS:**

    For Plaintiff:    JULY 26, 2005 (two months after scheduling conference)
    For Defendant:    AUGUST 27, 2005 (three months after scheduling conference)

**COMPLETING ALL DISCOVERY: DECEMBER 2, 2005.**
(6-8 mos. after scheduling conference)

    (a)    REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS: DECEMBER 2, 2005.

    (b)    EXPERT DISCLOSURES (Rule 26(a)(2)):
        (i) Plaintiffs Experts    OCTOBER 3, 2005.
        (ii) Defendant's Experts:    NOVEMBER 3, 2005.
        (iii) Supplementation under Rule 26(e):    NOVEMBER 4, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  5/31/2005



  (c)  DEPOSITIONS OF EXPERTS:  DECEMBER 2, 2005.

FILING DISPOSITIVE MOTIONS (3 mos. before tentative trial date): JANUARY 3, 2006.

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):

  (a)  for Plaintiff: FEBRUARY 16, 2006.
  (b)  for Defendant: MARCH 3, 2006.

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last three (3) days and is SET for JURY TRIAL on APRIL 3, 2006 at 9:30 A.M. A joint pretrial order is due on MARCH 24, 2006. In the event that the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

### OTHER RELEVANT MATTERS:

  Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

  Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

  The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

  The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

  The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 24, 2005

Respectfully submitted,

_____
Delaine R. Smith
Telesa L. Taylor
FORD & HARRISON LLP
795 Ridge Lake Blvd., Suite 300
Memphis, TN 38120
(901) 291-1500 telephone
(901) 291-1501 facsimile

Attorneys for Defendant

_____
Florence M. Johnson
Law Office of Florence M. Johnson
100 N. Main, Suite 3001
Memphis, TN 38103
(901) 522-8900 telephone
(901) 522-8219 facsimile

Attorney for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:04-CV-01298 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Telesa L. Taylor
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable James Todd
US DISTRICT COURT