IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GAIL SCOTT, )
)
    Plaintiff, )
)
v. ) NO.: 04-1298-T-An
)
THE DRESS BARN, INC., )
)
    Defendant. )

ORDER GRANTING EXTENSION OF DISCOVERY AND
DISPOSITIVE MOTION DEADLINES AND TRIAL DATE

Before the Court is the Joint Motion for Extension of Discovery, Motion Deadline and Trial Date. For good cause shown, the Motion is **GRANTED** and the following dates are established:

    **COMPLETING ALL DISCOVERY:**    **JANUARY 16, 2006**

    **FILING DISPOSITIVE MOTIONS:**    **FEBRUARY 16, 2006**

    **FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

        (a)    for Plaintiff:    **MAY 12, 2006**
        (b)    for Defendant:    **MAY 29, 2006**

Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __3__ days and is **SET** for **JURY TRIAL** on **WEDNESDAY, JUNE 28, 2006 at 9:30 A.M.**. A joint pretrial order is due on **FRIDAY, JUNE 16, 2006**. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

1

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 29, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01298 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Raanon Gal
FORD & HARRISON LLP
795 Ridge Lake Blvd., Ste. 300
Memphis, TN 38120

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT